UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-844** |
| **JAMES LEBLANC, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** | **SECTION: "H"(5)** |

# O R D E R

The Court, having considered de novo the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Derrick Jones's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
**UNITED STATES DISTRICT JUDGE**